**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

No. 04-7487

───────────

CARL BENIT COOPER,

                                        Plaintiff - Appellant,

        versus

ARTHUR F. BEELER, Warden,

                                        Defendant - Appellee.

───────────

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh. Terrence W. Boyle, Chief
District Judge. (CA-04-551-5-BO)

───────────

Submitted: August 3, 2005            Decided: August 23, 2005

───────────

Before NIEMEYER, KING, and SHEDD, Circuit Judges.

───────────

Affirmed by unpublished per curiam opinion.

───────────

Carl Benit Cooper, Appellant Pro Se.

───────────

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Carl Benit Cooper appeals a district court judgment denying his 28 U.S.C. § 2241 (2000) petition. We have reviewed the record and the district court's order and affirm on the reasoning of the district court. See Cooper v. Beeler, No. CA-04-551-5-BO (E.D.N.C. Aug. 25, 2005). We also deny Cooper's motion for summary judgment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED